BARBARA K. BERRETT (4273)
ZACHARY C. MYERS (15302)
**BERRETT & ASSOCIATES, L.C.**
Washington Federal Building
405 South Main Street, Suite 1050
Salt Lake City, UT  84111
Phone 801-531-7733
bberrett@berrettandassoc.com
zmyers@berrettandassoc.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STEVEN CONNER<br><br>    Plaintiff,<br><br>v.<br><br>GENEVA ROCK PRODUCTS, INC.,<br>BRIAN RICHMANN,<br><br>    Defendants. | NOTICE OF SETTLEMENT<br><br><br>Case No.  2:19-cv-00323<br><br>Judge Paul M. Warner |

Plaintiff by and through his counsel of record, hereby provide notice to this Court that he has reached a settlement with Geneva Rock in this matter.  The parties will be filing a stipulation and proposed order for dismissal in the near future.

DATED this 21st day of May, 2019.

                                                BERRETT & ASSOCIATES, L.C.

                                                */s/  Kyle C. Thompson*
                                                BARBARA K. BERRETT
                                                ZACHARY C. MYERS
                                                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of May, 2019, I caused the foregoing to be electronically filed using the CM/ECF filing and a copy will be email to the following:

Debra Turner, Esq., MBA, SPHR, SHRM-SCP
175 West 200 South, Suite 2005
Salt Lake City UT 84101
dturner@employerscouncil.org

*/s/ Sherry Snow*